UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:05-cr-112-01

v.

Hon. Richard Alan Enslen

JOSEPH CHRISTOPHER ANDERSEN,

**ORDER**

    Defendant.
_____/

Defendant Joseph Christopher Andersen has moved to modify the restitution portion of his criminal judgment pursuant to 18 U.S.C. § 3572(d)(1). Plaintiff United States of America has not answered the motion or otherwise opposed the relief sought.

Defendant has no present assets to pay the $19,350 ordered in restitution, which amount was ordered to be paid immediately. Defendant's motion asks for a delayed schedule of payments and waiver of interest. The motion will be granted because it is consistent with the statutory purposes and will provide for a meaningful method for an indigent Defendant to make restitution payments to the extent possible.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant Joseph Christopher Andersen's Motion to Modify Payment Schedule Regarding Restitution (Dkt. No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Judgment of Sentence shall be amended to include the following terms and to omit any contrary prior terms:

Defendant shall make monthly restitution payments from earnings while in prison and on supervised release. While incarcerated, Defendant shall make minimum monthly installment

payments of $20.00 based on UNICOR earnings to commence 60 days after the date of this Amended Judgment. During his term of supervised release, Defendant shall make minimum monthly payments of $25.00, commencing 60 days after his release from imprisonment.

Interest on restitution is waived due to inability to pay.

During the term of incarceration and supervised release, Defendant shall notify Plaintiff and this Court of any material change in his economic circumstances affecting his ability to pay restitution consistent with 18 U.S.C. § 3664(k).

Dated in Kalamazoo, MI:    /s/Richard Alan Enslen
March 10, 2006             Richard Alan Enslen
                           Senior United States District Judge