UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

            Plaintiff,

Case No. 1:05-CR-112

v.

Hon. Richard Alan Enslen

JOSEPH CHRISTOPHER ANDERSEN,

**ORDER**

            Defendant.

_____/

Defendant Joseph Christopher Andersen has moved to modify the restitution payment schedule contained in the Second Amended Judgment entered on March 10, 2006 in connection with an Order of that date amending the schedule of payments.  Said Judgment required payment of $19,350.00 in restitution to multiple victims.   Defendant's Motion asks the Court to reduce the scheduled monthly restitution payments to $20 per month to assist him in purchasing a special diet to accommodate his medical condition of ulcerative colitis.  Defendant's Motion is not supported by a physician's statement.  According to the physician at FCI Terre Haute, Dr. William Wilson, Defendant does not need a special diet and his health may be accommodated by simply choosing low roughage foods from the menu.  While the Court understands that Dr. Wilson has not examined Defendant, the Court finds his opinion persuasive in the absence of other medical evidence.

            **THEREFORE, IT IS HEREBY ORDERED** that Defendant Joseph Christopher Andersen's Motion to Modify [the] Court's 3/10/06 Order Re: Restitution and Related Judgment (Dkt. No. 37) is **DENIED**.

            /s/ Richard Alan Enslen

DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
    August 20, 2007         SENIOR UNITED STATES DISTRICT JUDGE